FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 27 AM 11:10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN OLIVER                                    CIVIL ACTION

VERSUS                                          NO. 04-2767

LYNN COOPER, WARDEN                             SECTION: "K"(5)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that the application for federal habeas corpus relief of Kevin Oliver be dismissed with prejudice.

New Orleans, Louisiana, this 26th day of January, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____